UNITED STATES COURT OF INTERNATIONALTRADE                FORM 3

| | |
|---|---|
| KAPTAN DEMIR ÇELIK ENDÜSTRISI VE TICARET A.Ş.,<br><br>                Plaintiff,<br>v.<br><br>UNITED STATES,<br><br>                Defendant. | **SUMMONS**<br>**24-cv-00096** |

TO:    The Attorney General the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

        **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

*/s/* **Mario Toscano**
Clerk of the Court

1.    Kaptan Demir Çelik Endüstrisi ve Ticaret A.Ş., foreign producer and exporter, is an interested party under 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(A), that participated in the underlying proceeding, and thus has standing under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
        _____
        (Name and standing of plaintiff)

2.    Plaintiff challenges aspects of the Department of Commerce's decision in *Steel Concrete Reinforcing Bar from the Republic of Türkiye: Final Results of Countervailing Duty Administrative Review; 2021,* 89 Fed. Reg. 35,071 (May 1, 2024). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and (B)(iii).
        _____
        (Brief description of contested determination)

3.    April 24, 2024 (signature date)
        _____
        (Date of determination)

4.    May 1, 2024 (89 Fed. Reg. 35,071)
_____
(If applicable, date of publication in Federal Register of notice of contested determination)

                       David L. Simon
                       Law Offices of David L. Simon, PLLC
                       1025 Connecticut Avenue, NW, Suite 1000
                       Washington, DC 20036
                       Tel. (202)481-9000
                       Email: dlsimon@dlsimon.com

                       Name, Address, Telephone Number
                       and E-mail Address of Plaintiff's Attorney

_/s/ David L. Simon_____
Signature of Plaintiff's Attorney

___May 30, 2024_____
Date


**SEE REVERSE SIDE**

**Form 3-2**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

This Summons is being served on the following:

*On behalf of the United States:*
Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
Civil Division
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
1100 L Street, N.W.
Washington, DC 20530

*On behalf of the U.S. Department of Commerce:*
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington DC 20230

/s/ Mario Toscano
Clerk of the Court