**United States Court of International Trade**
**Honorable Gary S. Katzmann**

**Appearance Sheet**

Docket No. 24-00096
October 14, 2026 - Oral Argument
2:30 p.m.
Courtroom 3
Jurisdiction 1581(c)

Kaptan Demir Celik Endustrisi ve Ticaret A.S. et al,
Plaintiffs,
v.
United States et al,
Defendants.

---

**Counsel**

**Plaintiff**
**Daniel L. Delnero**
BGD Legal & Consulting LLC

**Defendant**
**Natalee A. Allenbaugh**
U.S. Department of Justice
**Ian McInerney**
U.S. Department of Commerce (Defendant)

**Defendant-Intervenor** (Rebar Trade Action Coalition)
**Maureen E. Thorson**
Wiley Rein, LLP